

# Fourth Court of Appeals
## San Antonio, Texas

October 7, 2020

No. 04-19-00737-CR

Aidan **VITELA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 5942
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

The State's brief was originally due on October 5, 2020. On the due date, the State filed an unopposed motion for a ninety-day extension of time to file its brief until January 4, 2021.

The State's motion is GRANTED. The State's brief is due on January 4, 2021. Any further request for an extension of time to file the State's brief may be disfavored.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of October, 2020.



_____
MICHAEL A. CRUZ, Clerk of Court